**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:26-cv-00074-DOC-DFM                    Date:  March 16, 2026
       8:26-cv-00084-DOC-DFM
       8:26-cv-00133-DOC-DFM

Title: Dipak G. Bhakta et al v. Jayesh Bhakta et al
     Nicole King et al v. BTL Industries, Inc. et al
     Dipak G. Bhakta et al v. Bank of America, N.A. et al

PRESENT:     THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER TO SHOW CAUSE RE: MULTIPLICITY OF CASES**

These are three separate cases which all arise from the same dispute over ownership of a hotel.

1. Case No. 8:26-cv-00084-DOC-DFM: The first case was originally brought in Orange County Superior Court on May 23, 2025 (Dkt. 1-1) by Plaintiffs Jayesh Bhakta and Kiritkumar Sukhabhai Patel against Defendants Hermosa Hotel Investments, LLC, Dipak G. Bhakta, Govind Investments, Inc., and Komal Bhakta (*see* Dkt. 1-4). A First Amended Complaint (Dkt. 1-4) was filed on December 29, 2025. The case was removed to federal court on January 12, 2026 by the defendants.
2. Case No. 8:26-cv-00074-DOC-DFM: The second case was filed on January 9, 2026 (Dkt. 1) by Plaintiffs Dipak G. Bhakta, Komal Bhakta, and Hermosa Hotel Investments, LLC against Defendants Jayesh Bhakta and Kiritkumar Sukhabhai Patel.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:26-cv-00133-DOC-DFM                     Date: March 16, 2026

                                                                                    Page 2

3.  Case No. 8:26-cv-00133-DOC-DFM: The third case was filed on January 20, 2026 (Dkt. 1) by Plaintiffs Dipak G. Bhakta, Komal Bhakta, Hermosa Hotel Investments, LLC, Govind Investments, Inc. against Defendants Jayesh Bhakta and Kiritkumar Sukhabhai Patel.[1]

    The Court is concerned about the duplicity of case all arising from the same factual nexus, regarding the same subject matter, and involving the same litigants. The court notes that Case No. 8:26-cv-00084-DOC-DFM is the first-filed case given its precedence as being the first filed in state court.

    Accordingly, the Court **ORDERS** the Parties to each file a status report <u>of no more than ten pages</u> detailing whether claim splitting, compulsory counterclaims, claim preclusion, or any other doctrine intended to prevent a multiplicity of cases over the same issue should apply here. The Partes are **ORDERED** to file this status report in all three cases (Case Nos. 8:26-cv-00074-DOC-DFM, 8:26-cv-00084-DOC-DFM, 8:26-cv-00133-DOC-DFM) <u>by no later than March 23, 2026.</u>

    The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                    Initials of Deputy Clerk: kdu

CIVIL-GEN

---

[1] Bank of America, N.A. was a defendant earlier in the suit but has since been dismissed (Dkt. 20).